SOUTHEASTERN PA TRANSP AUTH   MICHAEL F KEYES
AA24
10454

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $498.44 | $12,251.08 |
| FICA/MED | $269.85 | $6,173.80 |
| SUI TAX | $2.53 | $57.68 |
| PENNA | $110.86 | $2,528.96 |
| PHILA | $135.05 | $3,086.42 |
| HEALTH COPAY | $83.64 | $1,672.80 |
| UNION DUES | $20.00 | $400.00 |
| CO-PAY PENSION | $126.39 | $2,527.80 |
| LIFE INSUR. | $0.00 | $18.00 |
| PRIMARY CHECK | $2,364.24 | $54,190.98 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 80 | $3,611.00 | $53,036.57 |
| OVERTIME EARN | 0 | 0 | $0.00 | $9,614.37 |
| VAC PAY | 0 | 0 | $0.00 | $14,308.58 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,527.70 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,444.40 |
| SICK PAY | 0 | 0 | $0.00 | $1,444.40 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $126.50 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $3,611.00 | - | $1,016.73 | - | $230.03 | = | $2,364.24 | | 131376695 | $2,364.24 |
| Y TO D | $82,907.52 | - | $24,097.94 | - | $4,618.60 | = | $54,190.98 | 09-27-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$2,364.24

AA 24 19    234    0    10454    10-03-2025

TO THE ORDER OF

MICHAEL F KEYES
11036 KELVIN AVENUE
PHILADELPHIA PA    19116

SOUTHEASTERN PA TRANSP AUTH    MICHAEL F KEYES
AA24
10454

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $498.44 | $12,749.52 |
| FICA/MED | $269.84 | $6,443.64 |
| SUI TAX | $2.53 | $60.21 |
| PENNA | $110.86 | $2,639.82 |
| PHILA | $135.05 | $3,221.47 |
| HEALTH COPAY | $83.64 | $1,756.44 |
| UNION DUES | $20.00 | $420.00 |
| CO-PAY PENSION | $126.39 | $2,654.19 |
| LIFE INSUR. | $2.00 | $20.00 |
| PRIMARY CHECK | $2,362.25 | $56,553.23 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 16 | $722.20 | $53,758.77 |
| OVERTIME EARN | 0 | 0 | $0.00 | $9,614.37 |
| VAC PAY | 0 | 24 | $1,083.30 | $15,391.88 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,527.70 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,444.40 |
| BEREAVEMENT TM | 0 | 40 | $1,805.50 | $1,805.50 |
| SICK PAY | 0 | 0 | $0.00 | $1,444.40 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $0.00 | $126.50 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $3,611.00 | - | $1,016.72 | - | $232.03 | = | $2,362.25 | | 131392468 | $2,362.25 |
| Y TO D | $86,518.52 | - | $25,114.66 | - | $4,850.63 | = | $56,553.23 | 10-11-2025 | | |



SEPTA  
1234 Market St.  
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$2,362.25

TO THE ORDER OF

AA 24 19  234  0  10454

10-17-2025

MICHAEL F KEYES
11036 KELVIN AVENUE
PHILADELPHIA PA   19116

SOUTHEASTERN PA TRANSP AUTH   MICHAEL F KEYES
AA24
10454

|  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $677.19 | $13,426.71 |
| FICA/MED | $332.00 | $6,775.64 |
| SUI TAX | $3.10 | $63.31 |
| PENNA | $135.80 | $2,775.62 |
| PHILA | $165.44 | $3,386.91 |
| HEALTH COPAY | $83.64 | $1,840.08 |
| UNION DUES | $20.00 | $440.00 |
| CO-PAY PENSION | $126.39 | $2,780.58 |
| LIFE INSUR. | $0.00 | $20.00 |
| PRIMARY CHECK | $2,896.43 | $59,449.66 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 72 | $3,249.90 | $57,008.67 |
| OVERTIME EARN | 0 | 12 | $812.49 | $10,426.86 |
| VAC PAY | 0 | 8 | $361.10 | $15,752.98 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,527.70 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,444.40 |
| BEREAVEMENT TM | 0 | 0 | $0.00 | $1,805.50 |
| SICK PAY | 0 | 0 | $0.00 | $1,444.40 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $16.50 | $143.00 |

|  | EARNINGS |  | TAXES |  | DEDUCTIONS |  | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $4,439.99 | - | $1,313.53 | - | $230.03 | = | $2,896.43 |  | 131408207 | $2,896.43 |
| Y TO D | $90,958.51 | - | $26,428.19 | - | $5,080.66 | = | $59,449.66 | 10-25-2025 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$2,896.43

TO THE ORDER OF

AA 24 19    234    0    10454    10-31-2025

MICHAEL F KEYES
11036 KELVIN AVENUE
PHILADELPHIA PA    19116

SOUTHEASTERN PA TRANSP AUTH   MICHAEL F KEYES
AA24
10454

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $872.03 | $14,298.74 |
| FICA/MED | $394.15 | $7,169.79 |
| SUI TAX | $3.67 | $66.98 |
| PENNA | $160.74 | $2,936.36 |
| PHILA | $195.83 | $3,582.74 |
| HEALTH COPAY | $83.64 | $1,923.72 |
| UNION DUES | $20.00 | $460.00 |
| CO-PAY PENSION | $126.39 | $2,906.97 |
| LIFE INSUR. | $0.00 | $20.00 |
| PRIMARY CHECK | $3,407.02 | $62,856.68 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 80 | $3,611.00 | $60,619.67 |
| OVERTIME EARN | 0 | 24 | $1,624.97 | $12,051.83 |
| VAC PAY | 0 | 0 | $0.00 | $15,752.98 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,527.70 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,444.40 |
| BEREAVEMENT TM | 0 | 0 | $0.00 | $1,805.50 |
| SICK PAY | 0 | 0 | $0.00 | $1,444.40 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $27.50 | $170.50 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $5,263.47 | - | $1,626.42 | - | $230.03 | = | $3,407.02 | | 131423899 | $3,407.02 |
| Y TO D | $96,221.98 | - | $28,054.61 | - | $5,310.69 | = | $62,856.68 | 11-08-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$3,407.02

TO THE ORDER OF

AA 24 19    234    0    10454

MICHAEL F KEYES
11036 KELVIN AVENUE
PHILADELPHIA PA    19116

11-14-2025

SOUTHEASTERN PA TRANSP AUTH   MICHAEL F KEYES
AA24
10454

| TAX DEDUCTIONS | YEAR TO DATE | |
|---|---|---|
| FEDERAL TAX | $823.28 | $15,122.02 |
| FICA/MED | $378.61 | $7,548.40 |
| SUI TAX | $3.52 | $70.50 |
| PENNA | $154.51 | $3,090.87 |
| PHILA | $188.23 | $3,770.97 |
| HEALTH COPAY | $83.64 | $2,007.36 |
| UNION DUES | $20.00 | $480.00 |
| CO-PAY PENSION | $126.39 | $3,033.36 |
| LIFE INSUR. | $2.00 | $22.00 |
| PRIMARY CHECK | $3,269.17 | $66,125.85 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 80 | $3,611.00 | $64,230.67 |
| OVERTIME EARN | 0 | 21 | $1,421.85 | $13,473.68 |
| VAC PAY | 0 | 0 | $0.00 | $15,752.98 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,527.70 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,444.40 |
| BEREAVEMENT TM | 0 | 0 | $0.00 | $1,805.50 |
| SICK PAY | 0 | 0 | $0.00 | $1,444.40 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $16.50 | $187.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $5,049.35 | - | $1,548.15 | - | $232.03 | = | $3,269.17 | | 131439818 | $3,269.17 |
| Y TO D | $101,271.33 | - | $29,602.76 | - | $5,542.72 | = | $66,125.85 | 11-22-2025 | | |



SEPTA  
1234 Market St.  
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$3,269.17

TO THE ORDER OF

AA 24 19    234    0    10454
MICHAEL F KEYES    11-28-2025
11036 KELVIN AVENUE
PHILADELPHIA PA    19116