IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               : Chapter 13

Michael F. Keyes                     : Case No. 25-14982-djb
Megan K. Keyes
     Debtor(s)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

o Amended Plan

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

**Dated:**   June 2, 2026        **/s/ David M. Offen**
                                 **David M. Offen, Esquire**
                                 **Attorney for Debtor(s)**
                                 **The Curtis Center**
                                 **601 Walnut Street, Suite 160 West**
                                 **Philadelphia, PA 19106**
                                 **215-625-9600**
                                 **info@offenlaw.com**

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via CM/ECF**

Kenneth E. West
ecfemails@ph13trustee.com
philaecf@gmail.com
**Trustee via CM/ECF**

MATTHEW K. FISSEL
bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com
Attorney for Creditor M&T BANK **via CM/ECF**

Elizabeth Trachtman
ANHSOrlans@InfoEx.com
Attorney for Creditor Capital One Auto Finance, a division of
Capital One, N.A. **via CM/ECF**

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
pamela.thurmond@phila.gov
**Creditor via e-mail**

Freedom Credit Union
Attn: Bankruptcy Dept
626 Jacksonville Road, Suite 250
Warminster PA 18974-0000
**Creditor via 1ˢᵗ Class Mail**