United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 25-14982-djb

Michael F. Keyes                                                      Chapter 13

Megan K. Keyes

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 02, 2026 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael F. Keyes, Megan K. Keyes, 11036 Kelvin Avenue, Philadelphia, PA 19116-3432 |
| 15105882 | + | Capital One Auto Finance, c/o Elizabeth A. Trachtman, Esq, 200 Eagle Road, Bldg 2, Ste 120, Wayne, PA 19087-3115 |
| 15082978 | + | M&T Bank, C/O Matthew Fissel, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15115402 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 03 2026 00:59:14 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15145036 | | Email/Text: megan.harper@phila.gov | Jul 03 2026 00:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15091566 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 03 2026 00:59:07 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15080855 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2026 00:59:07 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15080856 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 03 2026 01:17:06 | Capital One Auto Finance, Capital One Auto Finance, Attn: Bankrupt, 7933 Preston Rd, Plano, TX 75024-2302 |
| 15082055 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 03 2026 00:59:08 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15089484 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 03 2026 00:59:01 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15080857 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:15:55 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15080858 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 03 2026 01:16:50 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 15080859 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 03 2026 00:59:07 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15080860 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 03 2026 00:59:07 | Dept Of Ed/aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 15094893 | + | Email/Text: collecadminbankruptcy@fnni.com | Jul 03 2026 00:53:00 | First National Bank of Omaha, 1601 Dodge St |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 02, 2026 | Form ID: 155 | Total Noticed: 30

| | | | |
|---|---|---|---|
| | | | Stop Code 3113, Omaha, Ne 68197-3113 |
| 15080861 | + Email/Text: collecadminbankruptcy@fnni.com | Jul 03 2026 00:53:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15080862 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Jul 03 2026 00:53:00 | Freedom Credit Union, Attn: Bankruptcy Dept, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15099073 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 03 2026 00:54:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15102050 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:59:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15080863 | Email/Text: camanagement@mtb.com | Jul 03 2026 00:54:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15099694 | Email/Text: camanagement@mtb.com | Jul 03 2026 00:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15091565 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 03 2026 00:59:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15080864 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 03 2026 00:59:00 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15090754 | ^ MEBN | Jul 03 2026 00:51:58 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15102053 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2026 00:59:02 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15102193 | + Email/PDF: ebn_ais@aisinfo.com | Jul 03 2026 00:59:09 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15080865 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:59:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15080866 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 03 2026 00:59:14 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 15081446 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 03 2026 00:59:13 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15083421 | + Email/Text: RASEBN@raslg.com | Jul 03 2026 00:53:00 | Wells Fargo Bank, N.A., c/o Sherri Dicks, Esq, 13010 Morris Rd, Ste 450, Alpharetta, GA 30004-2001 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Jul 02, 2026

Form ID: 155

Total Noticed: 30

Date: Jul 04, 2026

Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Michael F. Keyes ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Megan K. Keyes ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| GARRETT M. WILSON | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      )
   Michael F. Keyes                        )            Case No. 25–14982–djb
                                           )
                                           )
   Megan K. Keyes                          )            Chapter: 13
   aka Megan Gallagher                     )
   Debtor(s).                              )

### <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 2, 2026                          For The Court

                                      Derek J Baker
                                      Judge, United States Bankruptcy Court