**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| Michael F. Keyes | : | |
| Megan K. Keyes | : | **No.** 25-14982-djb |
| **Debtors** | : | |

**CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN**

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: September 10, 2026

/s/ David M. Offen

David M. Offen
Attorney for Debtor(s)
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
215-625-9600
info@offenlaw.com