IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Michael F. Keyes | : | |
| Megan K. Keyes | : | No. 25-14982-djb |
| Debtor(s) | : | |

ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. #38, the "Motion");

It is hereby Ordered that

1) The Motion is Granted; and

2) The Modified Plan (doc. #37) is Approved.

Date: **October 1, 2026**

HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE